DICKSTEIN SHAPIRO LLP
FIONA CHANEY (CA Bar No. 227725)
JUSTIN F. LAVELLA *pro hac vice*
*chaneyf@dicksteinshapiro.com*
*lavellaj@dicksetinshapiro.com*
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109
Telephone:	(310) 772-8300
Facsimile:	(310) 772-8301

Attorneys for Plaintiff
FOSTER POULTRY FARMS, INC.

SEDGWICK LLP
BRUCE D. CELEBREZZE  SBN 102181
MICHAEL A. TOPP  SBN 148445
ERIN A. CORNELL  SBN 227135
333 Bush Street, 30th Floor
San Francisco, CA  94104
Telephone:	(415) 781-7900
Facsimile:	(415) 781-2635
Email:	*bruce.celebrezze@sedgwicklaw.com*
	*michael.topp@sedgwicklaw.com*
	*erin.cornell@sedgwicklaw.com*

Attorneys for Defendants THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHOSE NAMES ARE SEVERALLY SUBSCRIBED TO PRODUCTION CONTAMINATION INSURANCE POLICY NO. C131542, COLLECTIVELY SUED AS CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOSTER POULTRY FARMS, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>            Defendants. | CASE NO. 1:14-cv-00953-WBS-SAB<br><br>**ORDER AMENDING SCHEDULING ORDER** |

Pursuant to Plaintiff Foster Poultry Farms, Inc.'s and Defendants' Those Certain Underwriters at Lloyd's, London Whose Names are Severally Subscribed to Product Contamination Insurance Policy No. C131542 Joint Motion to Amend Scheduling Order set forth in this Court's November 6, 2014 Status (Pretrial Scheduling) Order [Docket 23], GOOD CAUSE appearing:

IT IS HEREBY ORDERED THAT the dates set forth in the November 6, 2014 Status (Pretrial Scheduling) Order [Docket 23], are modified as follows:

A. The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than **May 1, 2015**.

B. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **June 1, 2015**.

C. All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by **July 1, 2015**. The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than **July 1, 2015**.

IT IS SO ORDERED.

Dated:   **February 25, 2015**

UNITED STATES MAGISTRATE JUDGE