UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSTER POULTRY FARMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, <br><br> Defendants. | CASE NO. 1:14-cv-00953-WBS-SAB <br><br> Hon. Stanley A. Boone <br><br> **ORDER AMENDING SCHEDULING ORDER** |

Pursuant to Plaintiff Foster Poultry Farms, Inc.'s and Defendants' Those Certain Underwriters at Lloyd's, London Whose Names are Severally Subscribed to Product Contamination Insurance Policy No. C131542 Second Joint Motion to Amend Scheduling Order set forth in this Court's November 6, 2014 Status (Pretrial Scheduling) Order (Dkt. No. 23), GOOD CAUSE appearing:

IT IS HEREBY ORDERED THAT the dates set forth in the November 6, 2014 Status (Pretrial Scheduling) Order (Dkt. No. 23), as previously modified by the Order Amending Scheduling Order (Dkt. No. 27), are modified as follows:

    **A.**    With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **July 1, 2015**.

      **B.**    All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be <u>completed</u> by **August 3, 2015**. The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than **August 3, 2015**.

IT IS SO ORDERED.

Dated:   **May 13, 2015**

UNITED STATES MAGISTRATE JUDGE