1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11                                ----oo0oo----

12   FOSTER POULTRY FARMS, INC.,        CIV. NO. 1:14-953 WBS SAB

13              Plaintiff,              FINAL PRETRIAL ORDER

14        v.

15   CERTAIN UNDERWRITERS AT
     LLOYD'S, LONDON,
16
                Defendants.
17

18

19                                ----oo0oo----

20            A Final Pretrial Conference was held in this matter,

21   pursuant to the provisions of Rule 16(d) of the Federal Rules of

22   Civil Procedure and Local Rule 282, on November 9, 2015.  Sharon

23   Collier appeared as counsel for plaintiff; Gregory Read and

24   Michael Topp appeared as counsel for defendants. Following the

25   conference, the court enters this Final Pretrial Order:

26   I.   Jurisdiction – Venue

27            Jurisdiction is predicated upon 28 U.S.C. § 1332

28   because diversity of citizenship exists between the parties and

                                     1

1  the amount in controversy exceeds the statutory minimum.  Venue
2  is undisputed and is hereby found to be proper.

3  II.  Jury - Non-Jury

4          The parties have requested a jury trial and also agreed
5  at the Final Pretrial Conference that the court must decide
6  certain issues through a bench trial.  The parties shall identify
7  in their trial briefs the issues that the court should decide and
8  the issues that the jury should decide.

9          The jury issues shall be tried, pursuant to Federal
10  Rule of Civil Procedure 48, before a jury consisting of no less
11  than six and no more than twelve members.

12  III.  Findings and Conclusions

13          As for the issues that the court will decide, no later
14  than ten court days before the trial, counsel for plaintiff shall
15  lodge and serve the Findings of Fact and Conclusions of Law that
16  plaintiff proposes be entered at the conclusion of the trial
17  pursuant to Federal Rule of Civil Procedure 52 and Local Rule
18  290.  No later than five court days before the trial, counsel for
19  defendants shall lodge and serve the Findings of Fact and
20  Conclusions of Law that defendants propose be entered.

21  IV.  Jury Instructions and Proposed Form of Verdict

22          No later than ten court days before the trial date,
23  counsel for plaintiff shall lodge and serve, pursuant to Local
24  Rule 163, copies of all jury instructions that plaintiff requests
25  be given on the issues the jury will decide.  At that time,
26  counsel for plaintiff shall also file and serve a copy of a
27  proposed form of verdict.

28          No later than seven court days before the trial date,

1  counsel for defendants shall file and serve any objections to the

2  instructions proposed by plaintiff.  At the same time, counsel

3  for defendants shall lodge and serve, pursuant to Local Rule 163,

4  copies of any and all jury instructions not already proposed by

5  plaintiff, which defendants request be given.  Also at that time,

6  counsel for defendants shall file and serve a copy of any

7  proposed form of verdict and shall also file any objections to

8  plaintiff's proposed form of verdict.

9       No later than four court days before the trial date,

10 counsel for plaintiff shall file and serve any objections to the

11 instructions proposed by defendants and to any proposed form of

12 verdict.

13      Pursuant to Local Rule 163, any other instructions

14 thereafter presented will be refused unless it is shown either:

15 (1) that the necessity for the request arose in the course of

16 trial; could not reasonably have been anticipated prior to trial

17 from the pleadings, discovery or nature of the action; and the

18 request for such additional instructions is presented to the

19 Court as promptly as possible; or (2) that the refusal to give

20 such instructions would constitute plain error.

21      Likewise, any objections to proposed instructions not

22 made in accordance with this order will be overruled as untimely

23 unless it is shown either: (1) that the grounds therefor arose in

24 the course of trial and the intention to make such objections is

25 communicated to the court as promptly as possible, or (2) that

26 the giving of such instructions would constitute plain error.

27 ///

28 ///

3

V.    Voir Dire Questions

        No later than fourteen calendar days before the trial date, counsel for each party shall submit all proposed jury voir dire questions.

VI.   Trial Briefs

        No later than fourteen calendar days before the trial date, counsel for each party shall file trial briefs pursuant to Local Rule 285.  As previously instructed, the trial briefs shall identify which issues should be decided by the jury and which issues should be decided by the court.  The briefs may also contain any motions in limine pertaining to the issues to be tried to the jury.

        No later than seven days before trial, the parties may file oppositions, if any, to the motions in limine.

VII. Remaining Claims

        Plaintiff filed this action for declaratory relief and breach of contract pursuant to a product contamination insurance policy (the "Policy").  On October 9, 2015, the court granted summary judgment on plaintiff's declaratory relief claim. (Docket No. 59.)  Thus, only plaintiff's breach of contract claim remains.  The parties agree that the sole issue for trial is the amount of "Loss" to which plaintiff is entitled under the Policy.

VIII. Witnesses

        (A)  Plaintiff anticipates calling the witnesses identified at Exhibit "A" attached hereto.

        (B)  Defendants anticipate calling the witnesses identified at Exhibit "B" attached hereto.

        (C)  Except for retained experts, each party may call

1  any witness designated by any other party.

2          (D)  No other witnesses will be permitted to testify at

3  trial unless:

4                  (1)  all parties stipulate that the witness may

5  testify;

6                  (2)  the party offering the witness demonstrates

7  that the witness is for the purpose of rebutting evidence which

8  could not have been reasonably anticipated at the time of the

9  Pretrial Conference; or

10                  (3)  the witness was discovered after the Pretrial

11  Conference.

12          (E)  Testimony of a witness not designated in this

13  Order, which is offered under paragraph VIII(D)(3), above, upon

14  the grounds that the witness was discovered after the Pretrial

15  Conference, will not be permitted unless:

16                  (1)  the testimony of the witness could not

17  reasonably have been discovered prior to the Pretrial Conference;

18                  (2)  the court and opposing counsel were promptly

19  notified upon discovery of the testimony; and

20                  (3)  counsel proffered the witness for deposition

21  if time permitted or provided all opposing counsel a reasonable

22  summary of the testimony if time did not permit a deposition.

23  IX. Exhibits

24          (A)  Plaintiff intends to offer the exhibits identified

25  at Exhibit "C" attached hereto.

26          (B)  Defendants intend to offer the exhibits identified

27  at Exhibit "D" attached hereto.

28          (C)  Each party may offer any exhibit designated by any

1   other party.

2          (D)   No other exhibits will be received in evidence

3   unless:

4                 (1)   all parties stipulate that the exhibit may be

5   received in evidence;

6                 (2)   the party offering the exhibit demonstrates

7   that the exhibit is for the purpose of rebutting evidence which

8   could not have been reasonably anticipated at the time of the

9   Pretrial Conference; or

10                (3)   the exhibit was discovered after the Pretrial

11   Conference.

12         (E)   An exhibit not designated in this Order, which is

13   offered under paragraph IX(D)(3), above, upon the grounds that

14   the exhibit was discovered after the Pretrial Conference, will

15   not be received in evidence unless:

16                (1)   the exhibit could not reasonably have been

17   discovered prior to the Pretrial Conference;

18                (2)   the court and opposing counsel were promptly

19   notified upon discovery of the exhibit; and

20                (3)   counsel provided copies of the exhibit to all

21   opposing counsel if physically possible or made the exhibit

22   reasonably available for inspection by all opposing counsel if

23   copying was not physically possible.

24         (F)   Each party shall exchange copies of all exhibits

25   identified in this Order, or make them reasonably available for

26   inspection by all other parties, no later than seven calendar

27   days before the trial date.  Any and all objections to such

28   exhibits shall be filed and served not later than four calendar

1  days before the trial date.

2        (G)  The attorney for each party is directed to appear

3  before trial and present an original (and if physically possible

4  one copy) of each exhibit to Deputy Clerk Karen Kirksey Smith at

5  8:30 AM on the date of trial.

6        (H)  Each exhibit which has been designated in this

7  Order and presented on the morning of the date of trial shall be

8  pre-marked by counsel.  Plaintiff's exhibits shall bear numbers;

9  defendants' exhibits shall bear letters.  If no objection has

10  been made to such exhibit pursuant to paragraph IX(F), above,

11  such exhibit will require no further foundation and will be

12  received in evidence upon the motion of any party at trial.

13  X.  Plaintiff's Request for a Protective Order

14        Plaintiff requests a trial protective order over

15  documents and exhibits that contain confidential business

16  information.  A party seeking to seal a judicial record bears the

17  burden of overcoming a strong presumption in favor of public

18  access.  Kamakana v. City & County of Honolulu, 447 F.3d 1172,

19  1178 (9th Cir. 2006).  The party must "articulate compelling

20  reasons supported by specific factual findings that outweigh the

21  general history of access and the public policies favoring

22  disclosure, such as the public interest in understanding the

23  judicial process."  Id. at 1178-79 (citation omitted).  In ruling

24  on a motion to seal, the court must balance the competing

25  interests of the public and the party seeking to keep records

26  secret.  Id at 1179.

27        Plaintiff fails to identify the specific documents or

28  trial exhibits it seeks to protect and offers little explanation

1  for its request.  Plaintiff states that disclosure of its

2  purported confidential information may cause plaintiff

3  "disadvantage, harm, damage, and/or loss."  As the court

4  articulated in its previous two Orders denying plaintiff's

5  requests to seal documents, (Docket Nos. 45, 52), these

6  boilerplate concerns alone do not outweigh the history of access

7  and public policies favoring disclosure to the public.  See In re

8  McClatchy Newspapers, Inc., 288 F.3d 369 (9th Cir. 2001) (holding

9  that injury to official reputation is an insufficient basis for

10 preventing public access to court records).

11       Plaintiff also fails to comply with Local Rule

12 141.1(c), which requires a proposed protective order containing

13 "[a] showing of particularized need for protection as to each

14 category of information proposed to be covered by the order" and

15 "why the need for protection should be addressed by a court

16 order, as opposed to a private agreement between or among the

17 parties."  E.D. Cal. L.R. 141.1(b)-(c).  To the extent that

18 plaintiff intends for the parties' stipulated protective order,

19 signed by the magistrate judge in February 2015, to serve as the

20 proposed trial protective order, the court declines this request.

21 (See Docket No. 25.)  The court has previously held that a

22 confidentiality agreement between the parties does not per se

23 constitute a compelling reason to seal documents outweighing the

24 interests of public disclosure and access.  See Order at 2, Oct.

25 8, 2014, Starbucks Corp. v. Amcor Packaging Distrib., Civ. No.

26 2:13-1754 WBS CKD (E.D. Cal. 2014).  The fact that the assigned

27 magistrate judge signed the stipulated protective order does not

28 change this principle.

8

1       Accordingly, the court will deny plaintiff's request

2  for a trial protective order at this time.

3  XI.  Defendants' Request for Reconsideration

4       Defendants request that the court reconsider its Order

5  granting summary judgment on plaintiff's declaratory relief

6  claim.  (Docket No. 64-4.)  "[R]reconsideration should not be

7  granted, absent highly unusual circumstances, unless the district

8  court is presented with newly discovered evidence, committed

9  clear error, or if there is an intervening change in the

10  controlling law."  Carroll v. Nakatani, 342 F.3d 934, 945 (9th

11  Cir. 2003) (citation omitted).  Local Rule 230(j) requires that a

12  motion for reconsideration state "what new or different facts or

13  circumstances are claimed to exist which did not exist or were

14  not shown upon such prior motion, or what other grounds exist for

15  the motion," and "why the facts or circumstances were not shown

16  at the time of the prior motion."  E.D. Cal. L.R. 230(j)(3)-(4).

17       Defendants do not present new facts or circumstances

18  that did not exist at the time of summary judgment, identify an

19  intervening change in controlling law, or provide grounds

20  demonstrating the need to correct clear error or prevent manifest

21  injustice.  See Sch. Dist. 1J v. ACandS, Inc., 5 F.3d 1255, 1263

22  (9th Cir. 1993).  Defendants' objections are instead based on

23  pre-existing case law and the same arguments that they previously

24  raised or could have raised before the court.  See Backlund v.

25  Barnhart, 778 F.2d 1386, 1388 (9th Cir. 1985) (denying

26  reconsideration of summary judgment on these grounds).  Before

27  the court issued its Order, defendants briefed and argued at

28  length their interpretation of the Policy's terms, and the court

9

1  carefully considered their arguments in making its ruling.

2  Defendants' disagreement with the court's decision is

3  insufficient grounds for reconsideration.  United States v.

4  Westlands Water Dist., 134 F. Supp. 2d 1111, 1131 (E.D. Cal.

5  2001) (Wanger, J.).

6        Defendants' argument that the court's Order is "based

7  in part on reasons that were not argued by [plaintiff], such that

8  [defendants] did not have the opportunity to brief them" also

9  fails to provide a basis for reconsideration.  The court "may

10  grant summary judgment on any legal ground the record supports."

11  Jackson, Inc. v. Roe, 273 F.3d 1192, 1202 (9th Cir. 2001)

12  (citation omitted).  Moreover, a party is not entitled to

13  reconsideration based on evidence that was available, but not

14  raised, at summary judgment.  See Frederick S. Wyle Prof'l Corp.

15  v. Texaco, Inc., 764 F.2d 604, 609 (9th Cir. 1985).

16        To the extent defendants raise any new arguments, those

17  arguments have been waived.  It is well-established that

18  arguments raised for the first time in a motion for

19  reconsideration are deemed waived.  See 389 Orange Street

20  Partners v. Arnold, 179 F.3d 656, 665 (9th Cir. 1999).  A motion

21  for reconsideration "may not be used to raise arguments or

22  present evidence for the first time when they could reasonably

23  have been raised earlier in the litigation."  Carroll, 342 F.3d

24  at 945.  Defendants have also failed to explain why any new

25  arguments could not have been raised at the time of the summary

26  judgment motion as required by Local Rule 230(j).

27        Accordingly, the court will deny defendants' request

28  for reconsideration of its Order granting summary judgment on

1   plaintiff's declaratory relief claim.

2   XII. <u>Further Discovery and Motions</u>

3           No further motions shall be brought before trial except

4   upon order of the court and upon a showing of manifest injustice.

5   Fed. R. Civ. P. 16(e).  No further discovery will be permitted

6   except by the express stipulation of all parties or upon order of

7   the court and upon a showing of manifest injustice.  <u>Id.</u>

8   XIII. <u>Use of Depositions or Interrogatories</u>

9           No later than twenty calendar days before the trial

10  date, counsel for each party shall file and serve a statement

11  designating all answers to interrogatories and all portions of

12  depositions intended to be offered or read into evidence, with

13  the exception of portions to be used only for impeachment or

14  rebuttal.  No later than ten calendar days before the trial date,

15  counsel for any other party may file and serve a counter-

16  designation of other portions of the same depositions intended to

17  be offered or read into evidence and may file evidentiary

18  objections to any other parties' designation.  No later than

19  seven calendar days before the trial date, the parties may file

20  evidentiary objections to any other party's counter-designation.

21  XIV. <u>Date and Length of Trial</u>

22          The trial is set for January 12, 2016, in Courtroom

23  No. 5.  The parties estimate that the trial will last

24  approximately five days.

25  XV.  <u>Settlement Conference</u>

26          A settlement conference is set before the Honorable

27  Sheila K. Oberto, Magistrate Judge, on December 18, 2015 at 9:30

28  AM at the Robert E. Coyle Federal Courthouse, 2500 Tulare Street,

6th Floor, Courtroom 7, **Fresno**, CA 93721.  Each party is directed

to have a principal capable of disposition at the settlement

conference or to be fully authorized to settle the matter on any

terms at the settlement conference.  Each party is further

directed to submit via email to SKOorders@caed.uscourts.gov a

confidential settlement conference statement no later than 12:00

PM (noon) on December 11, 2015.  Such statements are not to be

filed with the clerk, although the parties may agree, or not, to

serve each other with the settlement statements.  However, each

party shall e-file a one-page document entitled "Notice of

Submission of Confidential Settlement Conference Statement."  If

the settlement judge is not the trial judge, the Confidential

Settlement Conference Statement shall not be disclosed to the

trial judge.

XVI.   Daubert Procedure

        Any challenges based on Daubert v. Merrell Dow

Pharmaceuticals, Inc., 509 U.S. 579 (1993) and Kumho Tire Co. v.

Carmichael, 119 S. Ct. 1167 (1999) will be raised and resolved

outside the presence of the jury just prior to when the

challenged expert will be called to give testimony.  Any

challenged expert shall be present for such a challenge, and

shall be available for questioning.

XVII.  Evidence Presentation Equipment

        The court has new technical equipment, but may not have

all of the "state-of-the-art" audio visual equipment and may not

have support personnel necessary for the effective presentation

of evidence by electronic means.  Counsel are therefore

encouraged to present their documentary evidence by conventional

1   means.  If any party feels that electronic presentation is

2   necessary, they should contact the Courtroom Deputy prior to

3   trial to determine what equipment the court has and how to use

4   that equipment or bring their own audio visual equipment to the

5   courtroom and be prepared to operate it themselves.

6   XVIII.  Objections to Pretrial Order

7           Any objections or suggested modifications to this

8   Pretrial Order shall be filed and served within five court days

9   from the file-stamped date of this Order.  All references herein

10  to the date of this Order shall refer to the date the tentative

11  order is filed and not to the date any amended order is filed.

12  If no objections or modifications are made, this Order will

13  become final without further order of the Court and shall control

14  the subsequent course of the action, pursuant to Rule 16(e) of

15  the Federal Rules of Civil Procedure.

16

17  Dated:   November 20, 2015

18                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

13

<u>Exhibit A: Plaintiff's Witnesses</u>

I.   Fact Witnesses

| <u>Name</u> | <u>Address</u> | <u>How Offered</u> |
|---|---|---|
| Caryn Doyle | 1000 Davis Street<br>Livingston, CA  95334<br>(209) 394-7901 | Live Testimony |
| Jonathan Foster | 1000 Davis Street<br>Livingston, CA  95334<br>(209) 394-7901 | Live Testimony |
| Stephanie Jefferson | 1000 Davis Street<br>Livingston, CA  95334<br>(209) 394-7901 | Deposition Testimony |
| Jonathan Kelly | 70 Gracechurch Street<br>London, UK EC3V 0XL<br>+44 (0) 20 7933-7234 | Deposition Testimony |
| Kevin Mooney | 1000 Davis Street<br>Livingston, CA  95334<br>(209) 394-7901 | Live Testimony |
| Dr. Robert O'Connor | 1000 Davis Street<br>Livingston, CA  95334<br>(209) 394-7901 | Live Testimony |

II.  Expert Witnesses

| <u>Name</u> | <u>Address</u> | <u>How Offered</u> |
|---|---|---|
| Ned. S. Barnes, CPA | 1800 M Street NW<br>Washington, D.C. 20036<br>(202) 480-2682 | Live Testimony |
| Michael Diliberto III | 100 Bush Street<br>20th Floor<br>San Francisco, CA 94104<br>(416) 956-8323 | Deposition Testimony |
| Charles L. Gioglio | 13511 Granite Rock Drive<br>Chantilly, VA 20151<br>(703) 475-4359 | Live Testimony |
| Thomas J. Hoffman | 617 Woodsmans Way<br>Crownsville, MD 21032<br>(410) 266-3332 | Deposition Testimony |

14

1

Exhibit B: Defendants' Witnesses

2

I.    Fact Witnesses

| Name | Address | How Offered |
|------|---------|-------------|
| Caryn Doyle | 1000 Davis Street Livingston, CA 95334 (209) 394-7901 | Live Testimony |
| Jonathan Foster | 1000 Davis Street Livingston, CA 95334 (209) 394-7901 | Live Testimony |
| Stephanie Jefferson | 1000 Davis Street Livingston, CA 95334 (209) 394-7901 | Live Testimony |
| Kevin Mooney | 1000 Davis Street Livingston, CA 95334 (209) 394-7901 | Live Testimony |
| Dr. Robert O'Connor | 1000 Davis Street Livingston, CA 95334 (209) 394-7901 | Live Testimony |
| Ronald O'Bara | To be determined | Live Testimony |

II.   Expert Witnesses

| Name | Address | How Offered |
|------|---------|-------------|
| Michael Diliberto III | 100 Bush Street 20th Floor San Francisco, CA 94104 (416) 956-8323 | Live Testimony |
| Thomas J. Hoffman | 617 Woodsmans Way Crownsville, MD 21032 (410) 266-3332 | Live Testimony |

Exhibit C: Plaintiff's Exhibits

| | | Bates No. | Description |
|---|---|---|---|
| 1. | | FPF000001-<br>FPF000039 | Foster Farms' Product Contamination Policy - Food Beverage, Policy No. C131542, May 25th 2013 - May 25th 2014<br>*Dkt. No. 8-1* |
| 2. | | FOSTER 0006116 -<br>FOSTER 0006120 | Letter of Concern from FSIS, December 6, 2013 |
| 3. | | FOSTER 0006123 -<br>FOSTER 0006132 | Foster Farms' Response to Letter of Concern, December 16, 2013 |
| 4. | | FOSTER 0006358 -<br>FOSTER 0006362 | Notice of Suspension from FSIS, January 8, 2014 |
| 5. | | FOSTER 0002470 -<br>FOSTER 0002474 | Foster Farms' Response to the Notice of Suspension, January 10, 2014 |
| 6. | | FOSTER 0002475 -<br>FOSTER 0002593 | Attachments 1-4 to January 10th Response to Notice of Suspension Letter |
| 7. | | FOSTER 0002594 -<br>FOSTER 0002723 | Attachments 5-8 to January 10th Response to Notice of Suspension Letter |
| 8. | | FOSTER 0002724 -<br>FOSTER 0002829 | Attachments 9-21 to January 10th Response to Notice of Suspension Letter |
| 9. | | FOSTER 0020097 -<br>FOSTER 0020101 | Notice of Suspension Held in Abeyance from FSIS, January 13, 2014 |
| 10. | | FOSTER 0020144 -<br>FOSTER 0020145 | Email from Dr. Robert O'Connor to Dr. Gregory M. Abreu re Disposition of Product at P6137, April 2, 2014 |
| 11. | | FOSTER 0020140 -<br>FOSTER 0020141 | Email from Dr. Robert O'Connor to Dr. Gregory M. Abreu and Dr. Yudhbir Sharma re Racks of Product at P6137, April 2, 2014 |
| 12. | | FOSTER 0005850 -<br>FOSTER 0005854 | Notice of Intended Enforcement (NOIE), October 7, 2013 |
| 13. | | FOSTER 0005849 -<br>FOSTER 0005863 | Foster Farms' Response to Notice of Intended Enforcement (NOIE), October 9, 2013 |
| 14. | | FOSTER 0005864 -<br>FOSTER 0006040 | FSIS Notice of Deferral, October 11, 2013 |

16

| | Bates No. | Description |
|---|---|---|
| 15. | FPF000045 | Email from Mark Colgate to Underwriters re Foster Poultry Farms, January 9, 2014 *Dkt. No. 8-3* |
| 16. | XL0000089 – XL0000093 | E-mail chain from Jonathan Kelly to Paul Townsend et al. re Foster Poultry Farms – Cockroach Infestation – B0180c131542AB, February 27, 2014 |
| 17. | FPF000046 – FPF000049 | Letter from Underwriters to Foster Farms denying coverage under the Policy, March 14, 2014 *Dkt. No. 8-4* |
| 18. | FPF000050 – FPF000052 | Email from Jonathan Kelly to Mark Robertson re Product Condemnation, April 24, 2014 *Dkt. No. 8-5* |
| 19. | FPF000059 – FPF000060 | Letter from Jonathan Kelly to Justin Lavella re Denial of Insurance Coverage, May 28, 2014 *Dkt. No. 8-7* |
| 20. | NONE | Expert Report Opinion of Dr. Maxcy P. Nolan III, May 1, 2015 |
| 21. | NONE | Expert Report Opinion Rebuttal of Dr. William James, June 29, 2015 |
| 22. | NONE | Supplemental  Rebuttal Expert Report of Dr. William James, August 2, 2015 |
| 23. | FOSTER 0020142 – FOSTER 0020143 | Email Correspondence between FSIS and Casey Fripp re P6137 – Request to Label Organic Products, January 10, 2014 |
| 24. | FOSTER 0130550 – FOSTER 0130552 | Email Correspondence between FSIS and Casey Fripp re P6137 – Request to Label Organic Products, January 11, 2014 |
| 25. | FOSTER 0110018 – FOSTER 0110020 | Email correspondence between Ken Walker and Dr. O'Connor re P6137 Request to Release Inventory Product, January 09, 2014 |
| 26. | FOSTER 0002403 – FOSTER 0002469 | Livingston Shutdown Lab Related Invoices |

17

| | Bates No. | Description |
|---|---|---|
| 27. | FOSTER 0006365 – FOSTER 0006366 | Letter to Dr. Yudhbir Sharma, 1/12/2014 |
| 28. | FOSTER 0007739 – FOSTER 0007741 | Internal Q&A – Updated January 13, 2014 Food Safety at Foster Farms Livingston Plant |
| 29. | FOSTER 0007808 – FOSTER 0007830 | Buzz off Bugs Pest Control Invoices |
| 30. | FOSTER 0014759 – FOSTER 0014760 | E-mail from Casey Fripp to Robert O'Connor, Dan Huber and Ron Foster re SDS, January 18, 2014 |
| 31. | FOSTER 0007694 – FOSTER 0007702 | Notebook Entry, January |
| 32. | CF000048 – CF000050 | Memo to Jeremy Speckman from Brett Kirkham re Insured Event under Policy B0180 C131542, Effective May 25 2013 to May 25 2014, February 21, 2014 |
| 33. | FOSTER 0011871 – FOSTER 0011874 | Foster Farms document entitled, "Senior Management Commitment and Continual Improvement," revised February 22, 2012 |
| 34. | NONE | Document entitled, "Request For Product Tracking Tracing," August 5, 2010 |
| 35. | FOSTER 0038570 – FOSTER 0038588 | Series of documents entitled Foster Farms Chicken Manufacturing Livingston P 6137, General Sanitation, August 18, 2010 |
| 36. | FOSTER 0038707 – FOSTER 0038711 | Foster Farms document entitled, "Daily Further Processing Pre-Op Checklist," January 7, 2014 |
| 37. | FOSTER 0014048 – FOSTER 0014049 | E-Mail chain from Casey Fripp to Stephanie Jefferson re Disposition of Product at P6137, January 10th, 2014 |
| 38. | FOSTER 0017002 – FOSTER 0017003 | Foster Farms Press release entitled, "Foster Farms Issues Voluntary Recall of Chicken with Select March "Use or Freeze by" or "Best By" Dates, July 4, 2014 |
| 39. | FOSTER 0017001 | Letter to Costco Member re Voluntary Class I Recall, July 7, 2014 |
| 40. | FOSTER 0095370 | E-mail from Ron O'Bara to Richie King re |

| | Bates No. | Description |
|---|---|---|
| | | Orkin, June 24, 2013 |
| 41. | FOSTER 0010350 – FOSTER 0010355 | E-mail chain from Jason Way to Mike Escobar re Orkin Sunday Treatment, January 6th, 2014 |
| 42. | FOSTER 0010370 – FOSTER 0010373 | E-mail chain from Kimberly Treanor to Mitchell Smith & Jason Way re Foster Farms – Scope of Work, January 7, 2014 |
| 43. | FOSTER 0093732 – FOSTER 0093733 | E-Mail from a Richard Perezchica to Amanda Wiren et al. re NR Response Form, January 8, 2014 |
| 44. | FOSTER 0014003 – FOSTER 0014004 | E-Mail from Casey Fripp to USDA FSIS 14 individuals re Clarification of Treatments Performed P6137, January 10, 2014 |
| 45. | FOSTER 0014069 – FOSTER 0014070 | E-mail from Casey Fripp to Randy Boyce et al., January 12, 2014 |
| 46. | FOSTER 0014702 | E-mail from Casey Fripp to Dr. Abreu et al. re P6137 Schedule of Operations, January 12, 2014 |
| 47. | FOSTER 0134277 | Laboratory Data Summary |
| 48. | FOSTER 0014035 – FOSTER 0014047 | E-mail with attachments from Stephanie Jefferson to Greg Abreu et al. re Fumigant Safety Information, January 17, 2014 |
| 49. | FOSTER 0014759 – FOSTER 0014760 | E-mail from Casey Fripp to Robert O'Connor et al. re SDS, January 18, 2014 |
| 50. | FOSTER 0014085 – FOSTER 0014094 | E-Mail from Stephanie Jefferson to Dario Avila et al. re Notice of Suspension Held in Abeyance and Verification Plan, January 21, 2014 |
| 51. | FOSTER 0010124 | Winco's Loss Impact (Excel Sheet) |
| 52. | FOSTER 0010125 | Albertson's Loss Impact (Excel Sheet) |
| 53. | FOSTER 0010126 | Wal-Mart's Financial Impact (Excel Sheet) |
| 54. | FOSTER 0010127 | Kroger's Loss Impact (Excel Sheet) |

| | Bates No. | Description |
|---|---|---|
| 55. | FOSTER 0122151 | E-mail from Jana Owens to Caryn Doyle et al. re Livingston Closure Expenses - Insurance Information, January 22, 2014 |
| 56. | FOSTER 0020246 - FOSTER 0020249 | E-mail chain from Mark Colgate to Mark Robertson et al, re PC Claim Memo - Livingston, February 13, 2014 |
| 57. | FOSTER 0122232 - FOSTER 0122234 | E-mail chain from Jeremy Speckman to Brett Kirkham re PC Claim Memo - Livingston, February 14, 2014 |
| 58. | FOSTER 0122243 | E-mail chain from Jeremy Speckman to Brett Kirkham re Product Contamination Claim Memo, February 24, 2014 |
| 59. | FOSTER 0122251 - FOSTER 0020155 | E-mail from Jeremy Speckman to Brett Kirkham re XL Product Contamination Response, March 17, 2014 |
| 60. | FOSTER 0020151 | E-mail from Brett Kirkham to Jeremy Speckman et al. re FF Product Claim, April 2, 2014 |
| 61. | FOSTER 0020269 - FOSTER 0020270 | E-mail chain from Mark Colgate to Mark Robertson re Product Condemnation, April 24, 2014 |
| 62. | FOSTER 0020307 - FOSTER 0020309 | E-mail from Jonathan Kelly to Mark Robertson re Product Contamination, April 24, 2014 |
| 63. | FOSTER 0121085 - FOSTER 0121101 | E-mail from Jeremy Speckman to Brett Kirkham re Foster Farms - XL Renewal Terms, May 15, 2014 |
| 64. | NONE | Expert Report of Ned S. Barnes, May 1, 2015 |
| 65. | NONE | Rebuttal Expert Report of Ned S. Barnes, July 1, 2015 |
| 66. | FOSTER 0099327 - FOSTER 0099328 | E-mail chain from Dan Huber to Ron Foster re WinCo 2014 Modesto Program, January 10, 2014 |
| 67. | FOSTER 0110184 - FOSTER 0110185 | E-mail chain from Bryan Reese to Ron Foster re Status of Livingston Facility, January 8, 2014 |

20

| | **Bates No.** | **Description** |
|---|---|---|
| 68. | FOSTER 0110145 | E-mail chain from Bryan Reese to Robert Cox re Kroger, January 9, 2014 |
| 69. | FOSTER 0110140 | E-mail from Bryan Reese to Bob O'Connor et al. re Kroger, January 9, 2014 |
| 70. | NONE | Gioglio Expert Report, July 1, 2015 |
| 71. | FOSTER 0000001 – FOSTER 0000006 | Series of damages documents consisting of the summary of the various elements of the Foster Farms claim |
| 72. | FOSTER 0000007 – FOSTER 0000082 | Loss on Meat to Landfill Backup |
| 73. | FOSTER 0000083 – FOSTER 0000086 | Shutdown Meat Sub (A.3) |
| 74. | FOSTER 0000087 – FOSTER 0000096 | Operating Supplies Back Up (A.5) Section 1-3 |
| 75. | FOSTER 0000097 – FOSTER 0000107 | Pest Control Invoices (A.7) Section 1 |
| 76. | FOSTER 0000108 – FOSTER 0000170 | 307298 Construction Maintenance Fumigation Order Backup (A.7) Section 2 |
| 77. | FOSTER 0000171 – FOSTER 0000172 | Meat Substitution for Organic and ABF Meat (B.1) & (C.1) |
| 78. | FOSTER 0000173 – FOSTER 0000179 | Chemical Usage/Supplies (B.3) & (C.3) Pest Control (B.4) (C.4) |
| 79. | FOSTER 0000180 – FOSTER 0000245 | USDA Overtime (B.5) |
| 80. | FOSTER 0000246 – FOSTER 0000296 | Loss on Meat To Landfill Backup (A.1) Section 2 |
| 81. | FOSTER 0000297 – FOSTER 0000306 | Rendering Loss on Rejected Product Backup (A.1) Section 3 |
| 82. | FOSTER 0000307 – FOSTER 0000362 | Internal Labor During Shutdown Backup (A.4) Section 1 |
| 83. | FOSTER 0000363 – FOSTER 0000390 | Internal Labor During Shutdown Backup (A.4) Section 2 |

21

| | **Bates No.** | **Description** |
|---|---|---|
| 84. | FOSTER 0000391 – FOSTER 0000399 | Maintenance Parts/Overhead Backup (A.6) Energy/Water Usage Backup (A.8) & (A.9) |
| 85. | FOSTER 0000400 – FOSTER 0000463 | USDA Overtime (C.5) |
| 86. | FOSTER 0000464 – FOSTER 0000553 | Overtime Labor (B.2) & (C.2) |
| 87. | FOSTER 0000554 – FOSTER 0001418 | Livingston Plant Shutdown Financial Impact |
| 88. | FOSTER 0001419 – FOSTER 0001425 | El Monte |
| 89. | FOSTER 0001426 – FOSTER 0001467 | Longline South |
| 90. | FOSTER 0001468 – FOSTER 0001569 | Misc. |
| 91. | FOSTER 0001570 – FOSTER 0001607 | NCSD |
| 92. | FOSTER 0001608 – FOSTER 0001615 | Livingston Plant Closure Expenses |
| 93. | FOSTER 0001616 – FOSTER 0001767 | Clerical 1/18/14 ; Livingston DC Day Shift 1/18/14; Livingston DC Swing Shift 1/18/14; Livingston DC Day Shift 1/20/14; Belgravia Labor Day Shift 1/20/14; Belgravia Labor Swing Shift 1/20/14; Belgravia Labor Night Shift 1/20/14; Belgravia Labor Mileage/Lunch Expenses 1/20/14 |
| 94. | FOSTER 0001768 – FOSTER 0001864 | Longline North |
| 95. | FOSTER 0001865 – FOSTER 0001963 | Outside Carrier |
| 96. | FOSTER 0001964 – FOSTER 0002388 | Foster Farms Credit Memo to Multiple Vendors |
| 97. | FOSTER 0002389 | Madera Private Security Patrol Invoice Nos. 001-FFL-R, January 21, 2014 |
| 98. | FOSTER 0002390 – FOSTER 0002394 | Email Chain from Lance Olson to Troy Mangrum re Invoices, January 23, 2014 |

| | Bates No. | Description |
|---|---|---|
| 99. | FOSTER 0002395 – FOSTER 0002398 | CrimeTek Security Invoice Nos. 44455, 44456, January 22, 2014 |
| 100. | FOSTER 0002399 – FOSTER 0002402 | Fineman PR Invoice Nos. 202021 & Back-Up, February 7, 2014 |
| 101. | FOSTER 0009700 – FOSTER 0009774 | USDA Overtime Back-up (A.1) |
| 102. | FOSTER 0009775 – FOSTER 0009841 | USDA Overtime Back-up (A.2) |
| 103. | FOSTER 0009842 | February 2014 Labor (Excel Sheet) |
| 104. | FOSTER 0009843 | January 2014 Labor (Excel Sheet) |
| 105. | FOSTER 0009844 | March 2014 Labor (Excel Sheet) |
| 106. | FOSTER 0009845 – FOSTER 0010005 | Livingston Truckshop Timecards Jan-Feb 2014 |
| 107. | FOSTER 0010006 – FOSTER 0010012 | Customer Service Time Cards Jan-Feb |
| 108. | FOSTER 0010013 – FOSTER 0010016 | NCSD Transportation Cost/Mile |
| 109. | FOSTER 0010017 – FOSTER 0010018 | NCSD Wage Proposal 2013-2014 |
| 110. | FOSTER 0010019 – FOSTER 0010025 | Lost Backhaul (Average BH Cost) |
| 111. | FOSTER 0010026 – FOSTER 0010027 | Transportation Wage Proposal 2013-2014 |
| 112. | FOSTER 0010028 | Budget 2014 (OFFAL ET AL REVALUE) Variable Cost, Surplus Rate, and Fixed Cost (Excel Sheet) |
| 113. | FOSTER 0010029 – FOSTER 0010033 | Weighmaster Certificate; Straight Bill of Lading; Record of Product Sold; Email Correspondence dated January 06, 2014 |
| 114. | FOSTER 0010034 | Display Material Cost Estimate with Quantity Structure (Excel Sheet) |
| 115. | FOSTER 0010035 | 2014 Fringe Rates By Area (Excel Sheet) |
| 116. | FOSTER 0010036 | Monthly Product Production Reports |

23

|  | Bates No. | Description |
|---|---|---|
|  |  | 2013/2014 (Excel Sheet) |
| 117. | FOSTER 0010037 | Daily Product Production Reports December 2013-February 2014 (Excel Sheet) |
| 118. | FOSTER 0010038 | U.S. Department of Agriculture Account Summary |
| 119. | FOSTER 0010039 - FOSTER 0010046 | Email chain from Patti Evans to Myrna Cervantes re Chicken By Product Meal, February 2, 2015 |
| 120. | FOSTER 0010072 | Foster Farms Facility Locations (Excel Sheet) |
| 121. | FOSTER 0010113 | Payroll : Belgravia - February (Excel Sheet) |
| 122. | FOSTER 0010114 | Payroll : Belgravia - January (Excel Sheet) |
| 123. | FOSTER 0010115 | Payroll : Belgravia - March (Excel Sheet) |
| 124. | FOSTER 0010116 | Payroll : Cherry - February (Excel Sheet) |
| 125. | FOSTER 0010117 | Payroll : Cherry - January (Excel Sheet) |
| 126. | FOSTER 0010118 | Payroll : Cherry - March (Excel Sheet) |
| 127. | FOSTER 0010119 | 2013 Cherry Plant Net Productions (Excel Sheet) |
| 128. | FOSTER 0010120 | 2013/2014 Belgravia (Excel Sheet) |
| 129. | FOSTER 0010121 | 2013 Belgravia Plant Net Production (Excel Sheet) |
| 130. | FOSTER 0010122 | 2013/2014 Cherry Plant Net Productions (Excel Sheet) |
| 131. | FOSTER 0010123 | Chemical Cost (Excel Sheet) |
| 132. | FOSTER 0010128 | Supplies and Maintenance Parts over $2000 |
| 133. | FOSTER 0010151 | Variable Margin Impact Claim: Long Term Lost Sales Claims/ Cancelled Ads (Excel Sheet) |
| 134. | FOSTER 0010152 | Shuttle Costs |

24

| | Bates No. | Description |
|---|---|---|
| 135. | FOSTER 0010173 | Livingston Plant Shut down Financial Impact (Excel Sheet) |
| 136. | FOSTER 0095469 | Live Haul Additional Expenses for Livingston Plant Shutdown - Section D.1 |
| 137. | FOSTER 0095470 | Lost Sales Volume Sold Thru Commodity Channel (Excel Sheet) |
| 138. | FOSTER 0095471 | Organic and ABF Deliveries to Cherry 1/15/14 to 1/19/14 (Excel Sheet) |
| 139. | FOSTER 0095472 | Walmart Financial Impact (Excel Sheet) |
| 140. | FOSTER 0095473 | Claribel (Organic) |
| 141. | FOSTER 0095517 | Week 52 Information (Excel Sheet) |
| 142. | FOSTER 0095515 | Email from Teresa Budd to Brian Kellert re week 52, November 21, 2013 (Redacted) |
| 143. | FOSTER 0136894 - FOSTER 0136896 | Email chain from Daniel Fripp to Josefina Velasquez re Alb Portland discontinuing CRO chicken, May 29, 2014 |
| 144. | FOSTER 0136898 | Email chain from Erica Park to Josefina Velasquez re WinCo Modesto Pl (YTD Volume), May 29, 2014 |
| 145. | FOSTER 0096356 - FOSTER 0096376 | Reporting Period Packages and Revenue Projections (Excel Sheets) |
| 146. | FOSTER 0135755 - FOSTER 0135756 | E-mail from Dan Huber to Terry Thompson re Meeting Follow-Up, January 9, 2014 |
| 147. | FOSTER 0097426 | Memo from Stephanie Jefferson to P6137 IIC, re Plant Management Response to MOI dated 3/4/14 and 3/5/14, March 11, 2014 |
| 148. | FOSTER 0109524 - FOSTER 0109525 | Foster Farms Field Report, Dr. Charles L. Hofacre, March 11-12, 2014 |
| 149. | FOSTER 0130550 - FOSTER 0130552 | E-mail from Casey Fripp to Greg Abreu et al, re P6137- Request to Label Organic Products |
| 150. | NONE | Thomas J. Hoffman Expert Resume |

25

| | Bates No. | Description |
|---|---|---|
| 151. | NONE | Thomas J. Hoffman Expert Report, April 28, 2015 |
| 152. | NONE | Thomas J. Hoffman Expert Rebuttal Report, June 30, 2015 |
| 153. | NONE | Expert Report of Michael Diliberto III, CPA, May 1, 2015 |
| 154. | NONE | Diliberto attachment entitled, "List of Documents Received" - Claimed Event, January 8th 2014 |
| 155. | NONE | Diliberto attachment entitled, "Summary of Claimed Losses - Claimed Event, January 8th 2014 |
| 156. | NONE | Rebuttal Expert Report of Michael Diliberto III, CPA, July 1, 2015 |
| 157. | ARK0000325 - ARK0000327 | Three-page spreadsheet listing Ark claims |
| 158. | XL0000283 - XL0000288 | E-mail attaching a referral from Jonathan Kelly to Martin Turner, March 12, 2014 |
| 159. | FOSTER0122157 - FOSTER0122195 | Market Reform Contract - Foster Poultry Farms Policy for May 25, 2013 to May 25, 2014, Produced by Foster Farms |
| 160. | XL-UW0001772 - XL-UW0001772 | E-mail chain from Edward Mitchell to Mark Colgate et al. re Foster Farms, October 8, 2013 |
| 161. | XL-UW0001596 - XL-UW00011602 | E-mail with the Notice of Suspension attached from Mark Colgate to Edward Mitchell et al. re Foster Poultry Farms, January 9, 2014 |
| 162. | ARK-UW0000398 - ARK-UW0000399 | E-mail chain from Adam Parsons to Natasha Catchpole et al. re Foster Poultry Farms, January 10, 2014 |
| 163. | AMT0000007 - AMT0000011 | E-mail chain from Mark Robertson to Paul Townsend re Foster Poultry Farms, January 9, 2014 |
| 164. | XL0000081 - XL0000082 | E-mail chain from Matthew Hagan to Jonathan Kelly et al. re Foster Poultry Farms - Cockroach Infestation - |

| | Bates No. | Description |
|---|---|---|
| | | B0180C131542AB, February 26, 2014 |
| 165. | XL-UW0000032 – XL-UW0000033 | E-mail chain with attachment from Mark Hutton to Edward Mitchell re Foster Farms Visit, April 18, 2013 |
| 166. | NONE | Defendants' Answer to Plaintiff's Amended Complaint, July 22, 2014 |
| 167. | XL-UW0001728 | E-mail from Mark Hutton to Jonathan Kelly re Foster Farms, January 20, 2014 |
| 168. | ARK0000233 | Email from Matthew Hagan to Richard Brewster re Foster Farms - B0180C131542AB, March 10, 2014 |
| 169. | AMT-UW0000001 – AMT-UW0000004 | E-mail chain from Mark Colgate to Stewart Eaton et al. re Foster Farms, March 27, 2013 |
| 170. | XL-UW0001668 – XL-UW00016171 | Email chain from Mark Colgate to Jonathan Kelly et al. re Foster Farms, April 10, 2014 |
| 171. | XL-UW0001626 | E-mail from Mark Colgate to Mark Hutton, April 23, 2014 |
| 172. | XL-UW0001640 – XL-UW0001642 | Email chain Jonathan Kelly to Mark Hutton re Foster Poultry Farms, May 21, 2014 |
| 173. | ARK0000283 – ARK0000289 | E-mail chain from Jonathan Kelly to Matthew Hagan re Foster Poultry Farms, May 23, 2014 |
| 174. | AMT0000057 – AMT0000063 | E-mail chain from Paul Townsend to Daniel Stewart re Foster Poultry Farms, May 23, 2014 |
| 175. | ARK-UW0000247 – ARK-UW0000248 | E-mail chain from Adam Parsons to Natasha Catchpole et al. re Foster Poultry: Meeting Minutes, March 21, 2013 |
| 176. | UW001032 – UW001036 | Mark Hutton's Underwriting Notes |
| 177. | FOSTER 0136648 – FOSTER 0136649 | E-mail chain from Dan Huber to Josefina Velasquez re ValBest- WinCo CA, January 6, 2014 |

27

| | Bates No. | Description |
|---|---|---|
| 178. | FOSTER 0136646 | E-mail chain from Dan Huber to Evonne Terwilliger et al. re Proposed Bird Cuts Period 4, January 8, 2014 |
| 179. | FOSTER 0136898 - FOSTER 0136900 | E-mail chain, from Erica Park to Josefina Velasquez re WinCo Modesto PL (YTD Volume), dated May 29, 2014 |
| 180. | NONE | Supplemental  Expert Report of Thomas Hoffman, August 3, 2015 |
| 181. | FOSTER 0006371-6380 | Foster Farms' Verification Plan for Notice of Suspension Held in Abeyance Revised Feb. 13, 2014 |
| 182. | FOSTER0006228-6233 | Letter from FSIS, Dr. Sharma to Ron Foster re: response to Letter of Concern, dated December 23, 2013 |
| 183. | FOSTER 0136774 | E-mail chain from Myrna Cervantes to David Xavier re: pounds sent to rendering, January 27, 2014 |
| 184. | FOSTER 0017032-17035 | Recall Notice Letter, July 9, 2014 |
| 185. | AMT0000093 - AMT0000094 | E-mail from Paul Townsend to David Jones, et al. re Fosters Poultry Farms 2013 Recall Policy, February 26, 2014 |

1          Exhibit D: Defendants' Exhibits

2    1.    Product Contamination Policy – Food and Beverage no. B0180

3          C131542, issued to Foster Poultry Farms ("Foster") for the

4          period May 25, 2013 to May 25, 2014 (the "Policy"), XL-POL

5          001-039.

6    2.    January 8, 2014 Notice of Suspension letter issued by the

7          Food Safety and Inspection Service ("FSIS") of the United

8          States Department of Agriculture to Foster, FOSTER 0006358-

9          6362.

10   3.    January 10, 2014 Response by Foster to Notice of Suspension,

11         with exhibits 1-21, FOSTER 0002470-2829.

12   4.    January 8, 2014 Foster email to Lorna Bush regarding

13         publicity surrounding history of  salmonella at Foster's

14         Livingston plant, FOSTER 0110146.

15   5.    January 12, 2014 Foster letter to FSIS regarding voluntary

16         shutdown of Livingston plant, FOSTER 0006365-6366.

17   6.    January 12, 2014 Foster email to FSIS regarding voluntary

18         shutdown of Livingston plant, FOSTER 0014702.

19   7.    January 13, 2014 Notice of Suspension in Abeyance issued by

20         FSIS to Foster

21   8.    October 6, 2013 Notice of Intended Enforcement issued by

22         FSIS to Foster

23   9.    October 9, 2013 Response of Foster to Notice of Intended

24         Enforcement with exhibits, FOSTER 0005849-6040.

25   10.   December 6, 2013 Letter of Concern issued by FSIS to Foster

26   11.   December 13, 2013 Response to Letter of Concern by Foster

27   12.   December 23, 2013 Request For Additional Information issued

28         by FSIS to Foster

29

13. January 6, 2014 Response to Request For Additional
    Information by Foster

14. Rebuttal Expert Report of Michael Diliberto III CPA dated
    July 1, 2015.

15. Expert Report of Thomas James Hoffman dated April 28, 2015

16. Photographs taken by Thomas James Hoffman at time of June
    2015 Foster Livingston plant visit.

17. August 28, 2014 reported interview of Dr. Robert O'Connor by
    Dan Charles, identified as Exhibit 216 to the July 21, 2015
    deposition of Dr. Robert O'Connor.

18. Frontline (PBS) video: "The Problem with Chicken."

19. Pest Control Records for Buzz Off Pest Control for 2012 &
    2013, FOSTER 0007834 - 0008873.

20. Pest Control Records for Orkin Pest Control for 2013, FOSTER
    0008976 - 0009633.

21. Table of Non-compliance Reports issued to Foster by FSIS
    from January 1, 2009 to March 6, 2014.

22. Buzz Off Pest Control Records for January 2014, FOSTER
    0007795-0007831.

23. Buzz Off Pest Control Action Plan, FOSTER 0013015-13111.

24. Foster Pest Control Meeting Reports for 2013 and early 2014.

25. Foster Corrective Action Logs from 2013 and early 2014.

26. Orkin Quality Assurance Reports, Facility Inspection -
    Integrated Pest Management Assessments dated July 1, 2013;
    September 27, 2013; December 18, 2013

27. Livingston Plant Scope Revisited dated January 9, 2014,
    FOSTER 0014569-14574.

28. Clarification of Treatment Schedule dated January 10, 2014,

1    FOSTER 0014601–14602.

2  29.  January 12, 2014 letter to FSIS by Foster advising that

3    operations were ceased in response to the level of support

4    provided by the Pest Control Operator on-site.

5  30.  January 12, 2014 Foster memoranda to employees and

6    customers, advising that the closure of plant operations was

7    being voluntarily undertaken.

8  31.  Foster press release dated 1/8/14 regarding notice of

9    suspension.

10  32.  Foster press release dated 1/10/14 regarding plans to resume

11    production on 1/11/14.

12  33.  Foster press release dated 1/12/14 declaring a voluntary

13    shutdown at Livingston plant.

14  34.  Foster press release dated 1/22/14 regarding resumption of

15    production at Livingston plant.

16  35.  January 2014 "Valued Customer" letters by Foster related to

17    plant shutdown, FOSTER 0007720 – 0007722

18  36.  January 2014 Employee Notifications  by Foster related to

19    plant shutdown, FOSTER 0007723 – 0007731

20  37.  January 2014 Press Releases  by Foster related to plant

21    shutdown, FOSTER 0007732 – 0007733

22  38.  January 2014 Internal Q & A by Foster related to plant

23    shutdown, FOSTER 0007739 – 0007741

24  39.  FOSTER 0000001 Plaintiff's Claim Summary

25  40.  FOSTER 0000002 Livingston Plant Shutdown Impact on

26    Operational Costs

27  41.  FOSTER 0000008 Loss on Meat to Landfill (Livingston).

28    Quantities, value, landfill charge, freight and loss on

```
 1        rendering load.
 2    42. FOSTER 0000246 Loss on Meat to Landfill (Livingston) -
 3        backhaul charges only
 4    43. FOSTER 0000298 Loss on Meat to Landfill (Livingston) -
 5        rendering loss only
 6    44. FOSTER 0000056 Loss on Meat to Surplus (Rendering)
 7    45. FOSTER 0000084 Organic Meat Packed Out as Regular
 8        (Livingston)
 9    46. FOSTER 0000308 Internal Labor (Livingston)
10    47. FOSTER 0000088 Operating Supplies (Livingston)
11    48. FOSTER 0000392 Maintenance Parts/ Overhead (Livingston)
12    49. FOSTER 0000098 Pest Control (Livingston) - Extermination
13        Invoices
14    50. FOSTER 0000108 Pest Control (Livingston) - Internal
15        Maintenance Labor
16    51. FOSTER 0000397 Water and Electricity (Livingston)
17    52. FOSTER 0000172 Organic Meat Packed Out as Regular (Cherry
18        and Belgravia)
19    53. FOSTER 0000465 Internal Overtime Labor (Cherry and
20        Belgravia)
21    54. FOSTER 0000174 Supplies/ Chemical Usage (Cherry and
22        Belgravia)
23    55. FOSTER 0000177 Pest Control (Cherry and Belgravia) -
24        Extermination Invoices
25    56. FOSTER 0000181 USDA Inspector Overtime
26    57. FOSTER 0000004 Livingston Plant Shutdown Financial Impact
27    58. FOSTER 0000555 Lost Profits Dues to Unfilled Customer Orders
28    59. FOSTER 0001407 Lost Profits - Cancelled Ads
```

1 | 60.   FOSTER 0001409 Lost Profits - Winco

2 | 61.   FOSTER 0001411 Lost Profits - Albertsons

3 | 62.   FOSTER 0001413 Lost Profits - Walmart

4 | 63.   FOSTER 0001414 Lost Profits - Kroger

5 | 64.   FOSTER 0000005 Livingston Plant Closure Expenses -

6 | Transportation, Distribution, Customer Service, Product

7 | Management

8 | 65.   FOSTER 0000003 Customer Claims - Summary

9 | 66.   FOSTER 0001964 Customer Claims - Details

10 | 67.   FOSTER 0002389 Security Expenses

11 | 68.   FOSTER 0002399 PR Expenses

12 | 69.   FOSTER 0002403 Lab Testing Fees

13 | 70.   FOSTER 0009842.xlsx Payroll Details - February 2014

14 | (Livingston)

15 | 71.   FOSTER 0009843.xlsx Payroll Details - January 2014

16 | (Livingston)

17 | 72.   FOSTER 0009844.xlsx Payroll Details - March 2014

18 | (Livingston)

19 | 73.   FOSTER 0010028.xlsx High Level Variable and Fixed Cost per

20 | Meat Code (NO Details)

21 | 74.   Surplus Rate and Value per Lb (Relates to Rendering)

22 | 75.   FOSTER 0010034.xlsx Standard Costs (High Level) for Retail

23 | and Organic, (3) Material Numbers for Breast, Thigh and Drum

24 | 76.   FOSTER 0010035.xlsx Breakdown of 2014 Payroll Fringe

25 | Benefits % by Area (Job Function/ Location)

26 | 77.   FOSTER 0010036.xlsx 2013 and 2014 Net Production By Product

27 | Code and Period (Livingston)

28 | 78.   FOSTER 0010037.xlsx Weekly Net Production Period 13 2013

1      through Period 3 2014 (Livingston)

2 79.  FOSTER 0010072.xlsx Listing of Facility Locations (Other

3      than Livingston, Cherry, Belgravia)

4 80.  FOSTER 0010111.xlsx Pest Control Bid Questionnaire (Blank

5      Template with Questions)

6 81.  FOSTER 0010112.xlsx Pest Control Scope of Work/ Service

7      Schedule for All Locations

8 82.  FOSTER 0010113.xlsx Payroll Details - February 2014 (Plant

9      57 - Belgravia)

10 83.  FOSTER 0010114.xlsx Payroll Details - January 2014 (Plant 57

11      - Belgravia)

12 84.  FOSTER 0010115.xlsx Payroll Details - March 2014 (Plant 57 -

13      Belgravia)

14 85.  FOSTER 0010116.xlsx Payroll Details - February 2014 (Plant

15      37 - Cherry)

16 86.  FOSTER 0010117.xlsx Payroll Details - January 2014 (Plant 37

17      - Cherry)

18 87.  FOSTER 0010118.xlsx Payroll Details - March 2014 (Plant 37 -

19      Cherry)

20 88.  FOSTER 0010119.xlsx Cherry Plant Net Production by Period

21      2013-2014

22 89.  FOSTER 0010120.xlsx Belgravia Plant Production by Period

23      2013-2014

24 90.  FOSTER 0010121.xlsx Belgravia Plant Weekly Production Period

25      13, 2013 - Period 2, 2014

26 91.  FOSTER 0010122.xlsx Cherry Plant Weekly Production Period

27      13, 2013 - Period 2, 2014

28 92.  FOSTER 0010123.xlsx Birds Processed by Period and Costs -

2013, 2014, 2015 (Location NOT Specified)

93. FOSTER 0010124.xlsx Winco Lost Sales Claim and Sales Data - 2012, 2013, 2014, Cost Buildup

94. FOSTER 0010125xlsx Albertsons Lost Sales Claim and Sales Data - 2012, 2013, 2014, Cost Buildup

95. FOSTER 0010126.xlsx Walmart Lost Sales Claim and Sales Data - 2012, 2013, 2014, Cost Buildup

96. FOSTER 0010127.xlsx Kroger Lost Sales Claim and Sales Data - 2012, 2013, 2014, Cost Buildup (REVISED CLAIM)

97. FOSTER 0010128 Invoices for Supplies over $2,000

98. FOSTER 0009845 Livingston Truckshop Timecards

99. FOSTER 0010006 Customer Service Timecards

100. FOSTER 0010013 NCSD Transportation Costs per Mile

101. FOSTER 0010017 NCSD Wages

102. FOSTER 0010019 Lost Backhaul

103. FOSTER 0010026 Transportation Wages

104. FOSTER 0010029 Chicken by-product shipping; weighmaster certificates

105. FOSTER 0010038 USDA Billing Statement

106. FOSTER 0010151.xlsx Response to Items 35-40_Sales Data and P&L

107. Sales Detail - Kroger, Walmart, Winco, Albertsons - 2012, 2013, 2013

108. Period Profit and Loss Statement - 2012, 2013, 2014

109. Retail and Commodity Sales by Customer by Period - 2012, 2013, 2014

110. Trade Promotion Claim + Email to Support Ad Cancellation

111. FOSTER 0010173.xlsx Lost Profits Claim

112. FOSTER 0095472.xlsx REVISED Walmart claim

113. FOSTER 0095470.xlsx NEW claim for loss on Commodity Sales

114. FOSTER 0095469 Claim for Live Haul/ Miles to Fresno

115. FOSTER 0095478 Weight tickets for organic/abf birds trucked
     to Cherry

116. Documents within FOSTER 0009700 - FOSTER 0010173 Foster
     Farms' Response to Request for Production - Volume 4

117. Documents within FOSTER 0010174 - FOSTER 0021532 Foster
     Farms' Response to Request for Production - Volume 5.
     Primarily relating to pest control activities and history

118. Documents within FOSTER 0092164 - FOSTER 0095442 Foster
     Farms' Response to Request for Production - Volume 7.
     Primarily relating to sanitation, laboratory testing/
     bacteria, customer complaint history, USDA non-compliance
     reports, weekly chicken manufacturing reports

119. Documents within FOSTER 0095469 - FOSTER 0095472 Foster
     Farms' Response to Request for Production - Volume 8.
     Revised Walmart claim, Live Haul claim, weight tickets.

120. April 8, 2009 Letter from David Hawkins to Bradley Brazill;

121. August 6, 2009 Employee Handbook & At-Will Employee Status
     Acknowledgement;

122. July 15, 2010 CNCP Honor Code;

123. CNCP Faculty Handbook 2010-2011;

124. August 1, 2010 Personnel Action Request for Bradley Brazill;

125. March 10, 2011 Bradley Brazill e-mail entitled "What Happens
     when men bake valentine cookies";

126. July 15, 2011 Notice to Employee as to Change in
     Relationship;

127. July 21, 2011 email from Dean David Hawkins to faculty re: appointment of Sonya Frausto as Interim Department Chair;

128. August 1, 2011 Personnel Action Request for Sonya Frausto's appointment to Interim Department Chair;

129. Curriculum Vitae of James Palmieri, Pharm.D;

130. November 3, 2011 itinerary for James Palmieri candidate interview;

131. August 5, 2013 report of Mary Farrell;

132. Subpoenaed records from Apothecary Botanica dba El Macero Pharmacy;

133. Plaintiff's blog posts from Student Doctor's Network;

134. Plaintiff's e-mail with North Korean leader's photo;

135. Plaintiff's e-mail with Chike Okolo Taliban fighter picture;

136. Plaintiff's applications declining health care coverage (personnel file);

137. Plaintiff's personnel file;

138. Yasmin Vera's memorandum re: Brazill investigation;

139. Discovery documents, including:

    a.    Plaintiff's initial and supplemental Rule 26 disclosures;

    b.    Deposition transcript of Bradley Brazill, volumes I and II;

    c.    Deposition transcript of David Hawkins;

    d.    Deposition transcript of Sonya Frausto;

    e.    Deposition transcript of Lane Brunner.