Sharon C. Collier (Bar No. 203450)
scollier@archernorris.com
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
Walnut Creek, California  94596-3759
Telephone:     925.930.6600
Facsimile:      925.930.6620

Attorneys for Plaintiff
FOSTER POULTRY FARMS, INC.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSTER POULTRY FARMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, <br><br> Defendants. | Case No. 1:14-cv-00953-WBS-SAB <br> [William B. Shubb – U.S. District Judge] <br><br> **NOTICE OF SETTLEMENT OF ENTIRE ACTION** <br><br> Trial Date       January 12, 2016 <br> Case Filed      June 18, 2014 |

**NOTICE IS HEREBY GIVEN** to the Court, pursuant to Federal Rules of Civil Procedure, Rule 16 and this Court's Local Rule 160(a), that the above-captioned action has settled as to all parties.

The parties request that the Court vacate all hearing dates currently on calendar, including the oral argument set for April 4, 2016 at 1:30 p.m.

The parties are currently in the process of finalizing the appropriate settlement documents, and anticipate filing a stipulation of dismissal by May 2016.

Dated: March 28, 2016

ARCHER NORRIS

/s/ *Sharon C. Collier*
_____
Sharon C. Collier
Attorneys for Plaintiff
FOSTER POULTRY FARMS, INC.

F0143056/2373260-1

NOTICE OF SETTLEMENT OF ENTIRE ACTION