1  Sharon C. Collier (Bar No. 203450)
   scollier@archernorris.com
2  ARCHER NORRIS
   A Professional Law Corporation
3  2033 North Main Street, Suite 800
   Walnut Creek, California  94596-3759
4  Telephone:   925.930.6600
   Facsimile:    925.930.6620
5
   Attorneys for Plaintiff
6  FOSTER POULTRY FARMS, INC.

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11

12  FOSTER POULTRY FARMS, INC.,              Case No. 1:14-cv-00953-WBS-SAB
                                              [William B. Shubb – U.S. District Judge]
            Plaintiff,
13                                            **STIPULATION OF DISMISSAL AND**
        v.                                    **ORDER THEREON**
14
    CERTAIN UNDERWRITERS AT                   Trial Date    January 12, 2016
15  LLOYD'S, LONDON,                          Case Filed    June 18, 2014

16          Defendants.

17

18       The parties hereto stipulate and agree as follows:

19       1.      That the parties have reached a global settlement of the captioned matter,

20  resolving their disputes and settling any and all claims between them related to or

21  stemming from the matters alleged in the pleadings.

22       2.      That pursuant to the terms of the settlement, as memorialized by the

23  Settlement Agreement and Release signed by the parties, this Action will be dismissed

24  with prejudice as to all parties, including all of plaintiff's claims against the defendants

25  and all of the defendants' counter-claims against plaintiff.

26  //

27  //

28  //
    83200845v1

3. That an Order in the form set forth below shall be entered herein.

Dated: April 21, 2016                                    ARCHER NORRIS

/s/ Sharon C. Collier
Sharon C. Collier
Attorneys for Plaintiff
FOSTER POULTRY FARMS, INC.

Dated: April 21, 2016                                    SEDGWICK LLP

/s/ Michael A. Topp (as authorized on 4/21/16)
Michael A. Topp
Attorneys for Defendants
THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHOSE NAMES ARE SEVERALLY SUBSCRIBED TO PRODUCT CONTAMINATION INSURANCE POLICY NO. C131542, COLLECTIVELY SUED AS CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

**ORDER**

BASED ON THE FOREGOING STIPULATION OF COUNSEL FOR THE PARTIES,

It is ORDERED that all claims, causes of action, complaints, or other actions that the parties have asserted or could have asserted in the captioned Action against each other, including but not limited to all claims, causes of action, complaints, or other actions relating to or stemming from the matters alleged in the pleadings filed in this action, shall be, and the same hereby are, *dismissed with prejudice*, with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: April 25, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

F0143056/4835-6994-6416-1

83200845v1                                    2